## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Disability Support Alliance, et al., | Civil No. 15cv03658 PAM/JSM |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| Cedarvale Bowl, Inc., | |
| Defendant. | |

_____

The court having been advised that the above case has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated:   December 8, 2015

*s/ Paul A. Magnuson*
PAUL A. MAGNUSON
United States District Judge